UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

J & J SPORTS PRODUCTIONS, INC.,

                      Plaintiff,

- versus -

BIG DADDY'S THEME PALACE, INC. d/b/a CLUB 632 and GAETANA LISANTI,

                      Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING ENTRY OF JUDGMENT

14-CV-2765 (JG) (JMA)

JOHN GLEESON, United States District Judge:

      There being no objection to the Report and Recommendation dated December 12, 2014, and because I agree with it, the Report and Recommendation is adopted in its entirety and the Clerk is respectfully directed to enter a default judgment for plaintiff against defendants, jointly and severally, in the total amount of $15,236.50, comprised of $4,945.50 in statutory damages, $9,891.00 in enhanced damages, and $400.00 in costs.

                            So ordered.

                            John Gleeson, U.S.D.J.

Dated: January 5, 2015
       Brooklyn, New York